NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MISHA SANDERS, DOC# K53694,                )
                                           )
    Appellant,                             )
                                           )
v.                                         )    Case No. 2D17-3321
                                           )
STATE OF FLORIDA,                          )
                                           )
    Appellee.                              )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Misha Sanders, pro se.

PER CURIAM.

    Affirmed.

CASANUEVA, KHOUZAM, and SALARIO, JJ., Concur.